# Exhibit 1

# Pendency Interest Generic Timeline



Petition Date 5/15/95

First Missed Interest Payment (Varies by loan – 5/18/95 to 6/9/95)

Maturity (Varies by loan – 10/31/97 for Revolver)

Effective Date 6/1/04

Today