# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

DOW CORNING CORPORATION,

(London Market Insurers Matters)

_____/

CASE NUMBER: 95-20512

**HON. DENISE PAGE HOOD**

## NOTICE OF MOTION HEARING AND STATUS CONFERENCE

You are hereby notified to appear before the Honorable Denise Page Hood, United States District Judge for the above proceeding on **January 28, 2010 at 10:00 am**, in Room 237 Theodore Levin U.S. Courthouse, 231 W. Lafayette Detroit, Michigan 48226:

- Motion Joinder in Amendment to Proof of Claim No. 0276784-00 by Bank of America, N.A., as Agent filed by Creditor JPMorgan Chase Bank, N.A. (filed 7/27/09, #30054)

- Motion Requesting Judicial Estoppel of Banks' Reversal of Position Concerning The Loan Terms Filed by Debtor Dow Corning Corporation (filed 8/14/2009, # 30055)

- Motion for Summary Judgment Joinder of Merrill Lynch, Pierce, Fenner & Smith Inc. In the Claimant' Motion for Summary Judgment Pursuant to Fed.R. Bankr.P. 7056 and Fed.R.Civ.P. 56 Filed by Creditor Merrill, Lynch, Pierce, Fenner & Smith, Inc. (filed 8/18/2009, #30056)

**CERTIFICATE OF MAILING**

I certify that a copy of this notice was served on this date electronically or by ordinary mail to all parties in interest.


Date:  December 3, 2009                               **s/** Sakne Srour
                                                      Deputy Clerk (313) 234-5090


Please Note Local Rule 83.20 of the United States District Court for the Eastern District of Michigan regarding attorney admission.