**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In Re:

**DOW CORNING CORPORATION,**

      **Debtor.**                                         **Bankruptcy Case No. 95-20512
Chapter 11
HON. DENISE PAGE HOOD**

_____/

## ORDER GRANTING MOTION FOR STATUS CONFERENCE
## AND
## SETTING STATUS CONFERENCE DATE

The London Marketer Insurer Claimants filed a Motion for Status Conference. Dow Corning Corporation does not oppose setting a status conference date. The parties, however, do not agree on the dates governing this matter.

Accordingly,

IT IS ORDERED that the Motion for Status Conference (**Doc. No. 30067, 12/16/2009**) is GRANTED. The Status Conference is set for **Wednesday, March 17, 2010, 2:00 p.m.** The parties should confer prior to the conference as to scheduling dates governing this matter and submit one document to the Court setting forth proposed dates by March 12, 2010.

                                                                    _/s/ Denise Page Hood_
                                                                    DENISE PAGE HOOD
                                                                    U.S. District Judge

DATED: February 1, 2010