# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:  Case No. 95-CV-20512-DT
 (Chapter 11)
**DOW CORNING CORPORATION**

 Honorable Denise Page Hood
    Debtor,

(London Market Insurer Matters).
_____/

## AMENDED SCHEDULING ORDER

A status conference having been held on March 17, 2010, the following dates govern the progress of this matter:

| | |
|---|---|
| Fact Discovery must be completed by: | Friday, October 15, 2010 |
| Voluntary/Agreed to Mediation by: | Friday, November 5, 2010 |
| Status Conference Date: | Tuesday, November 16, 2010, 2:30 p.m. |
| LMI Expert Report must be submitted by: | Friday, October 29, 2010 |
| DCC Expert Report must be submitted by: | Friday, December 17, 2010 |
| LMI Rebuttal Expert Report must be submitted by: | Friday, January 14, 2011 |
| Expert Discovery must be completed by: | Friday, February 4, 2011 |
| Dispositive Motion Filing Deadline: | Friday, February 25, 2011 |
| Dispositive Motion Hearing Date: | Tuesday, May 3, 2011, 2:30 p.m. |
| Proposed Joint Final Pretrial Order must be submitted by: | Tuesday, May 31, 2011 |
| Final Pretrial Conference Date: | Tuesday, June 7, 2011, 2:30 p.m. |
| (All parties with authority to settle must be present) | |
| Trial Date: | Tuesday, June 21, 2011, 9:00 a.m. |

                                                */s/ Denise Page Hood*
                                                DENISE PAGE HOOD
DATED: June 9, 2010                    United States District Judge