# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 95-CV-20512-DT |
| DOW CORNING CORPORATION, | ) |
|  | ) (Chapter 11) |
|  | ) |
| Reorganized Debtor. | ) Honorable Denise Page Hood |
|  | ) |

## DOW CORNING'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR REHEARING OR RECONSIDERATION OF SECTION II.I OF THE COURT'S JUNE 15, 2010 DISCOVERY ORDER



F I L E D

NOV 16 2010

CLERK'S OFFICE
DETROIT

# FILED UNDER SEAL
# PURSUANT TO A
# PROTECTIVE ORDER

ORIGINAL