UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| DOW CORNING CORPORATION ) | Case No. 95-CV-20512-DT |
| ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | Honorable Denise Page Hood |
| (London Market Insurers Matters) ) | |

## ORDER OF DISMISSAL

All claims brought in connection with the Application of London Market Insurers for Allowance and Payment of Administrative Expense Claim filed on or about August 12, 2004, which was amended on or about June 27, 2007, are hereby DISMISSED with prejudice, without costs, and otherwise in accordance with the Stipulation of Dismissal filed by the parties thereto on April 7, 2011 (Docket No. 30083).

IT IS SO ORDERED THIS 14th day of April, 2011

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Denise Page Hood
　　　　　　　　　　　　　　　　　　　　　　　DENISE PAGE HOOD
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge